USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

RECEIVED
CHAMBERS OF

JAN -7 2008

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

TERRY GRAY,

                                    Plaintiff,          **ORDER OF
                                                        EXTENSION**

        -against-
                                                        Index No. 07 CIV 11000

JACOBI MEDICAL CENTER,

                                    Defendant.

-------------------------------------------------------------------------X

**IT IS HEREBY ORDERED** that defendant's time to respond to the complaint in

this action is extended to February 22, 2008.

                                            SO ORDERED:

_____JAN- 7, 2008_____              _____
        Date                                U.S.D.J.