UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK            X
-----------------------------------------
                                         :
        Gray                             :
                                         :
              v                          :        ORDER OF REFERENCE
                                         :        TO A MAGISTRATE JUDGE
        Jacobi Med Ctr                   :
                                         :        07 Civ. 11000 (SAS) ( )
                                         :
                                         X
-----------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_✓_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:_____

   _____

   All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         Feb 20, 2008

                                                 _____
                                                 United States District Judge

Early May would be best.

Thanks