USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

TERRY GRAY,

                        Plaintiff,

      -against-

JACOBI MEDICAL CENTER,

                        Defendant.

------------------------------------------------------------------ x

**SCHEDULING ORDER**

07-CIV-11000 (SAS)

       The parties hereby submit the following information as required by the Order for a Conference in accordance with F.R.C.P. 16(b):

       The initial conference is scheduled for February 20, 2008.

       1.    Paul N. Cisternino, on behalf of the plaintiff. Michael A. Cardozo, Corporation Counsel of the City of New York by Assistant Corporation Counsel Robyn Silvermintz, on behalf of the defendant.

       2.    Plaintiff asserts that she was discriminated against based upon her disability and age in violation of Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e, *et seq*, the Age Discrimination in Employment Act, and the New York State Human Rights law. Defendant denies the claims of plaintiff.

       3.    Schedule:

          a.    Plaintiff does not know if she will take any depositions at this time. Defendant expects to depose plaintiff. Additional depositions may be needed as discovery continues. *[handwritten: π likely to take two Supervisors]*

          b.    The parties shall exchange initial disclosure required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on or before March 5, 2008; and serve initial requests for the production of documents and interrogatories on or before March 12, 2008

*[handwritten: Fact discovery to close end of June]*

          c.    Expert reports, if any, shall be produced by September 3, 2008 and expert discovery shall be concluded by September 17, 2008.

          d.    All discovery to be completed by **September 17, 2008.**

*[handwritten at bottom:
No opposition
PTC order   π - 7/31
           Δ - 8/15
JPTO        8/29]*

  e.  Plaintiff pre-trial order to defendant by **October 17, 2008**.

  f.  Pre-Trial Order to Court by **November 18, 2008**.

  g.  Final Pre-Trial Conference on _July 7 at 9:30_

4. No limitations on discovery at this time.

5. No discovery conflicts at this time.

6. The parties anticipate a jury trial of approximately 5 days. Plaintiff has demanded a jury trial.

This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

| | |
|---|---|
| PAUL N. CISTERNINO, ESQ.<br>Law Office of Paul N. Cisternino, P.C.<br>16 Briarbrook Road<br>Ossining, NY 10562<br>(914)330-1527 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendant<br>100 Church Street, Room 2-107<br>New York, New York 10007<br>(212) 442-0144 |

By: _/s/ Paul N. Cisternino_  
Paul N. Cisternino, Esq.  
Attorney for Plaintiff  
paulcist@justice.com

By: _/s/ Robyn Silvermintz_  
Robyn Silvermintz  
Assistant Corporation Counsel  
rsilverm@law.nyc.gov

So Ordered:

_/s/ [Judge signature]_  
U.S.D.J.  
2/20/08