Case 1:07-cv-11000-SAS   Document 8   Filed 05/12/2008   Page 1 of 2



```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 5-12-08
```

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ROBYN SILVERMINTZ**
phone: 212-442-0144
fax: 212-788-8877
mobile:
email: rsilverm@law.nyc.gov

May 9, 2008

<u>VIA HAND DELIVERY</u>
Honorable Ronald L. Ellis
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007

      Re:  <u>Terry Gray v. Jacobi Medical Center,</u>
            07 Civ 11000 (SAS) (RLE)

Dear Judge Ellis:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York. As the Court is aware, a settlement conference for this case is scheduled for May 13, 2008. The parties jointly request an adjournment of the settlement conference, because it was necessary to postpone plaintiff's deposition that was scheduled for yesterday, May 8, 2008, because our office has not yet received plaintiff's medical records from her physicians in response to the releases that were sent. We anticipate receiving plaintiff's medical records in the next several weeks. At that time, we will promptly depose plaintiff and go forward with settlement discussions. Thus, the parties respectfully request that the conference

be adjourned for approximately one month. This is the parties' first request for an adjournment of the settlement conference.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature: Robyn Silvermintz]*

Robyn Silvermintz
Assistant Corporation Counsel
rsilverm@law.nyc.gov

cc:   VIA ELECTRONIC MAIL
Paul N. Cisternino
Law Office of Paul N. Cisternino, P.C.
16 Briarbrook Road
Ossining, NY 10562
paulcist@justice.com

Conference adjourned to June 20, 2008 at 10a.m. in Courtroom 9A

**SO ORDERED**

*[signature]* 5-12-08

MAGISTRATE JUDGE RONALD L. ELLIS

2