```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :
**TERRY GRAY,**                                      :
                                                    :        **ORDER OF**
                    Plaintiff,                       :        **DISCONTINUANCE**
                                                    :
            -against-                                :        07 Civ. 11000 (SAS)
                                                    :
**JACOBI MEDICAL CENTER,**                           :
                                                    :
                    Defendant.                       :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           July 9, 2008

## - Appearances -

**For Plaintiff:**

Paul N. Cisternino, Esq.
Law Office of Paul N. Cisternino P.C.
16 Briarbrook Road
Ossining, NY 10562
(914) 330-1527


**For Defendant:**

Robyn L. Silvermintz
New York City Law Department
100 Church Street, Room 2-118
New York, NY 10007
(212) 442-0144